

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Carla Thomas and Eugene Thomas

Appellate case number:   01-15-01046-CV

Trial court case number: 1008525

Trial court:             County Civil Court at Law No. 4 of Harris County

Date motion filed:       July 24, 2017

Party filing motion:     Appellants

It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                          ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.


Date: January 11, 2018